# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137405

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TERRI MARIE TRANTHAM,
    Plaintiff-Appellee,

v

                SC: 137405
                COA: 283821
                Oakland CC: 03-687711-DM

JEFFREY ALLEN TRANTHAM,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009        _____
                   Clerk

p0217